UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ADAM DEAN BROWN,

    Petitioner,

v.    Case No. 3:20-cv-1377-LC-MJF

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 6, 2021. (Doc. 14). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and the objections thereto, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 14), is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus (Doc. 3) challenging the judgment of conviction and sentence in *State of Florida v. Adam Dean Brown*, Okaloosa County Circuit Court Case No. 2013-CF-1154, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk of court shall close this case file.

**DONE AND ORDERED** this 30th day of December, 2021.

　　　　　　　　　　s/*L.A. Collier*
　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**